**Q-325**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**JOSE A. BARBOSA ESTRADA**<br>**ELIZABETH ALEMAR JIMENEZ**<br>Debtor(s)<br><br>**QUANTUM SERVICING, CORP. as**<br>**agent of D.B. Structured Products,**<br>**Inc.**<br>Movant<br><br>**JOSE A. BARBOSA ESTRADA**<br>**ELIZABETH ALEMAR JIMENEZ**<br><br>And Chapter 13 Trustee,<br>**Jose Ramon Carrion Morales**<br>Respondent(s) | CASE NO. **10-07904 ESL**<br><br>CHAPTER 13<br><br>11 USC 362 d(1) d(2)<br><br>Relief from stay for cause |

MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, **QUANTUM SERVICING, CORP. as agent of D.B. Structured Products, Inc.**, secured creditor, represented by the undersigned attorney who respectfully prays and states as follows:

1.    Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.    The cause of action is based on section 362 d(1) and d(2), 11 USC.

3.    In this case, an Order for Relief was entered on **8/28/2010.**

4.    Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for **$400,000.00**, bearing interest of **5.95%**, due on **4/1/2034**. **Exhibit (A).**

5.    Since the filing date, debtor account has accumulated Post Petition arrears as described in **Exhibit (B)** of this motion, Verified Statement in compliance with LBR

4001- 1(d)(3) and any other arrears that continue to accrue up to the date all post petitions arrears are paid.

6.  Movant argues that considering what is herein above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), supra, since debtor has failed to make post petition payments accordingly.

7.  Included as **Exhibit (C)**, is certificate required by the Service Member Civil Relief Act of 2003 and the Department of Defense Manpower Data Center Military Status Report.

8.  An allonge transferring the loan to the appearing party is included as **Exhibit (D)**.

9.  Said default deprives Movant to have its security interest protected as provided under the Bankruptcy Code.

**WHEREFORE**, Movant prays for an Order granting the Relief from Stay as requested.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to debtor(s) attorney and to the Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participants: to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the _8_ **day of March, 2011**.

s/ IGOR J. DOMINGUEZ
USDC NO. **120111**
**QUANTUM SERVICING, CORP.**
**as agent of D.B. Structured Products, Inc.**
**IGOR J. DOMINGUEZ LAW OFFICES**
V.I.G. TOWER, SUITE 1105
1225 PONCE DE LEON AVE.
SAN JUAN, PR  00907-3945
TEL. (787) 250-0220
FAX. (787) 250-0295
E-Mail igor@ijdlawpr.com

## MORTGAGE BALANCE STATEMENTS

DEBTOR: **Jose A. Barbosa Estrada**      BANKRUPTCY: **10-07904 ESL**
LOAN NUMBER:   **Xxxxxx7350**              CHAPTER:     **13**
APRAISAL VALUE: **$400,000.00**            FILING DATE: **8/28/10**
APRAISAL DATE   **3/31/04**

### SECURED LIEN ON REAL PROPERTY AS OF FILING DATE

PRINCIPAL BALANCE: ................................................................ **$368,700.53**
ACCRUED INTREST: ................................................................ $_____

FROM: _____              TO:_____
INTEREST RATE: **5.95%**    PER DIEM:_____

ACCRUED LATE CHARGES ........................................................ $_____
LEGAL FEES ........................................................................... $_____
OTHERS .................................................................................. $_____
                                  **TOTAL**.................................... $_____

### MONTHS IN ARREARS AS OF FILING DATE

MONTHLY PAYMENT **$2,812.26**   LATE CHARGES: **$119.27**    $ _____
PRE-PETITION PAYMENTS              **FROM: 11/1/09** TO: **8/1/10**

TOTAL PAYMENTS DEFAULT      **10    X    $2,812.26**      $  **28,122.60**
ACCRUED LATE CHARGES................................................. $   **3,339.56**
LEGAL FEES ........................................................................ $     **972.50**
OTHERS ............................................................................... $     **204.50**
                          **TOTAL AMOUNT** .................... **$401,339.69**

### POST PETITION ARREARS

| 2 | MONTHS AT | **$2,812.26** | (MONTHLY PAYMENT) | $ **5,624.52** |
| | | | _____To: _____ | |
| 4 | MONTHS AT | **$2,714.67** | (MONTHLY PAYMENT) | $ **10,858.68** |
| | | | _____To: _____ | |
| 6 | LATE MONTHS AT | **$119.27** | | $ **715.62** |

INTEREST ON ADVANCES THRU
LEGAL FEES:_____
OTHERS:                                                          $    **800.00**

                  TOTAL AMOUNT OF POST-PETITION ARREAR.......... $   **17,998.82**

LAST POST-PETITION PAYMENT WAS RECEIVED ON:          AND APPLIED TO:

THE SUBSCRIBING REPRESENTATIVE OF Quantum Servicing Corp as Agent of DB Structured Products Inc., DECLARES UNDER PENALTY OF PERJURY THAT <u>ACCORDING</u> TO THE INFORMATION GATHERED BY QUANTUM THE FOREGOING INFORMATION IS TRUE AND CORRECT.

SIGNED: *Jorie P. Rivera*                TITLE: *Attorney in Fact*
DATE: *3-8-11*

## ALLONGE

| | |
|---|---|
| LOAN NUMBER: | **5000007350** |
| BORROWERS: | **Jose Barbosa Estrada** |
| | **Elizabeth Aleman Jimenez** |
| PRESENT NOTE HOLDER: | Doral Bank, Corp. |
| NOTE EXECUTION DATE: | **31, March 2004** |
| NOTE AMOUNT: | **$400,000.00** |
| AFFIDAVIT NUMBER: | **1,209** |
| PUBLIC NOTARY: | **Rey Javier De León Colón** |

This "allonge" shall be annexed to the original Note, (or to a copy of the Note with a Lost Note Affidavit if the original cannot be located), as referenced for purposes of transferring the above described, promissory note from the present Owner and Holder of the Note, **Doral Bank, Corp.** ("Transferor") as of the date set forth below to **D.B. Structured Products, Inc., and/or Reo Properties Corp.** As a result of said transfer, **Doral Bank, Corp.**, has no further interest in the Note described above.

Pay to the order of:
**D.B. Structured Products, Inc., and/or Reo Properties Corp.** without recourse express or implied this ____ day of **May, 2010**.

Doral Bank, Corp.

By: _____
Irmarie Rivera, Esq.

Q-325

-----------------------------------------NOTE-----------------------------------------
-----------------------------------------PAGARE-----------------------------------------

US$ 400,000.00        San Juan, Puerto Rico

March , 2004

---FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay DORAL BANK-------------
---Por valor recibido, el (los) suscribiente(s) ("Deudor") promete(n) pagar a

or order the principal sum of FOUR HUNDRED THOUSAND DOLLARS-------------
o a su orden la suma principal de _____

_____ Dollars, with interest on the unpaid
Dólares, con intereses sobre el balance

principal balance from the date of this Note, until paid, at the rate of FIVE POINT NINETY FIVE-------------
insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de _____

_____percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico
por ciento anual. El principal e intereses serán pagaderos en San Juan, Puerto Rico

or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de
TWO THOUSAND THREE HUNDRED EIGHTY FIVE DOLLARS AND THIRTY SIX CENTS-------------

Dollars (US$ 2,385.36-------------------), on the first day of each month beginning the first of MAY
Dólares (US$ _____), en el primer día de cada mes comenzando el 1ro. de ____

2004 until the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness
____ Hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante,

if not sooner paid, shall be due and payable on the first day of APRIL 2034-------------
si no antes pagada quedara vencida y pagadero en el día primero de _____

---If any monthly installment under this Note is not paid when due and remains unpaid after a date
---Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma

shall at once become due and payable at the option of the Note holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de esta Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten per cent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to; attorney's fees . . . . . . . . . . . . . . . .
cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogados . . . . . . . . . .

---Borrower shall pay to the Note holder a late charge of 5 percent of any
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de 5 por ciento de cualquier plazo

monthly installment not received by the Note holder within Fifteen days after the installment
mensual que no sea recibido por el tenedor de este Pagaré dentro de Quince días después de la fecha de vencimiento de

is due. Borrower may prepay the principal amount outstanding in whole or in part. The Note
dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este

holder may require that any partial prepayments (i) be made on the date monthly installments
Pagaré podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos

are due and (ii) be in the amount of that part of one or more monthly installments which would
mensuales y (ii) sean en la cuantía de aquella parte de uno o más plazos mensuales que

be applicable to principal. Any partial prepayment shall be applied against the principal amount
sería aplicable a principal. Cualquier pago parcial por anticipado será aplicado contra el

outstanding and shall not postpone the due date of any subsequent monthly installments or
principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni

change the amount of such installments, unless the Note holder shall otherwise agree in writing.
cambiará el monto de dichos plazos a menos que el tenedor de este Pagaré acuerde lo contrario por escrito.

_____ If within five years from the date_____
Si, dentro de cinco años desde la fecha_____

_____of this Note, the undersigned makes any prepayments in any twelve month period beginning with the_____
de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier period de doce meses comenzando con la_____

**PUERTO RICO** --1 TO 4 Family--6/76--FMMA/FNLMC UNIFORM INSTRUMENT

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
*fecha de este Pagaré, o la de sus aniversarios ("año de préstamo") con dineros prestados a los suscribientes por un*

lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during the 1st.
*prestador que no sea el tenedor del presente, los suscribientes pagarán al tenedor del presente (a) durante el 1er.*

_____loan year _____3_____percent of the amount by which the sum of prepayments made
*año _____del préstamo _____3_____por ciento de la cuantía por la cual el total de los pagos anticipados hechos*

in any such loan year exceeds twenty percent of the original principal amount of this Note and
*en cualquier dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal de este Pagaré y*

(b) during the 2nd. and 3rd. loan year_____2_____percent of the amount by which the sum of
*(b) durante 2do. y 3er. año del préstamo _____2_____por ciento de la cuantía por la cual el total de los*

prepayments made in such loan year exceeds twenty percent of the original principal amount
*pagos anticipados hechos en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal*

of this Note. _____
*de este Pagaré. _____*

(c) during the 4th. and 5th. loan year _____1_____percent of the amount by which the sum of
*(c) durante el 4to. y 5to. año del préstamo _____1_____por ciento de la cuantía por la cual el total de los*

prepayments made in any such loan year exceeds twenty percent of the original principal amount
*pagos anticipados hechos en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal*

of this Note. _____
*de este Pagaré _____*

---Presentment, notice of dishonor and protest are hereby waived by all makers,
*---Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes,*

sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
*fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus*

makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
*otorgantes, fiadores, garantizadores y endosantes y les obliga así como a sus herederos.*

personal representatives, successors and assigns. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*representantes personales, y cesionarios. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .*

---Any notice to Borrower provided for in this Note shall be given by mailing such notice by
*---Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por*

certified mail addressed to Borrower at the Property Address stated below, or to such other address as
*carta certificada dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que*

Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be
*el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser*

given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
*enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección*

stated in the first paragraph of this Note, or at such other address as may have been designated by notice
*indicada en el primer párrafo de este Pagaré, o cualquier otra dirección que se haya designado mediante notificación*

to Borrower. _____
*al Deudor. _____*

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith,
*La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente*

on property as indicated in Deed number _____before the subscribing Notary. . . . . . . . . . . . . . .
*Sobre propiedad según indicada en la Escritura número _____ante el Notario suscribiente. . . . . . . . . . . . . . .*

JOSE BARBOSA JIMENEZ

ELIZABETH ALEMAR JIMENEZ

**Affidavit Number:** _____

**(Execute Original Only)**
*(Otórguese el original Unicamente)*

---Acknowledged and subscribed before me by the above signatories, of the personal
*---Reconocido y suscrito ante mi por los arriba firmantes, de las circunstancias*

circumstances contained in the Mortgage deed herein before described, whom I have identified as
*personales que se relacionan en la antes descrita escritura de hipoteca y a quienes he identificado según se*

expressed also in said deed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*expresa en la misma escritura. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .*

**NOTARY PUBLIC**

---En la misma fecha y lugar de su otorgamiento expedí primera copia certificada a favor del Acreedor.

*Recibido de Buena fe*

*Copia*

----NUMBER: 248

# FIRST MORTGAGE

## PRIMERA HIPOTECA

——In the City of  SAN JUAN——————— Puerto Rico, ——
—— En la Ciudad de                                         Puerto Rico, ——

this  *this our*  ———▶ day of  March two thousand four
hoy día                                              de

(2004)————————————————————————

———————————— BEFORE ME ——————————
———————————————— ANTE MI ——————————

—— *Por J Debor* ————————, a Notary Public
——                                              , Notario Público

in Puerto Rico, with residence in the City of
en Puerto Rico con residencia en la Ciudad de

Puerto Rico, and with offices at  San Juan————————
Puerto Rico,  y con oficinas en
Puerto Rico. ————————————————————
Puerto Rico. ———————— APPEAR ——————————
———————————— COMPARECE(N) ——————————

——The person(s) mentioned in paragraph SEVENTH hereof (herein
——La(s) persona(s) mencionada(s) en el párrafo SEPTIMO (en adelante

"Borrower"), and in paragraph EIGHTH  (herein "the Lender)——
"el Deudor") y en el párrafo  O C T A V O  en adelante "el ——
Prestador).——————————————————————
I, the Notary certify that I personally known the appearing
parties——————————————————————————
Yo, el Notario certifico que conozco personalmente a los——
comparecientes——————————————————————

herein and through their statements as to their ages, civil status,
y     por    sus    dichos    de   sus    edades,    estados   civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones y residencias.  Ellos me aseguran que tienen, y a mi

judgment they do have, the necessary legal capacity to execute this
juicio  tienen,  la  capacidad  legal  necesaria  para  otorgar  esta

deed; wherefore they freely ——————————————————
escritura; por tanto libremente ————————————————

———————————— STATE AND COVENANT: ——————————
———————————— DECLARAN Y CONVIENEN: ——————————

——FIRST: That Borrower is owner of the property described in
—— PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph  FIFTH  hereof  (herein  "Property")  and  has  the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

**PUERTO RICO**—1 to 4 Family—6/75—FNMA/FHLMC UNIFORM INSTRUMENT

1

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property against all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender"). — — — — — — — — — — — — — — — — — — —
"el Prestador").— — — — — — — — — — — — — — — — — —

— — SECOND: That Borrower is indebted to Lender in the
— — SEGUNDO:  Que  el  Deudor  adeuda  al  Prestador  la

principal sum of FOUR HUNDRED THOUSAND DOLLARS — — — — — —
suma principal de

($400,000.00)— — — — — — — — — — — — — — — — — — — —

with interest thereon at the rate of FIVE POINT NINETY FIVE— — — — —
con interés sobre la misma a razón del

percent ( —%) per annum, which indebtedness is evidenced by a certain
por  ciento  (  %)  anual,  cuya  deuda  está  evidenciada  por  un

note payable to Lender, or to its order, dated  March
pagaré pagadero al Prestador, o a su orden, fechado

two thousand four (2004)— — — — — — — —under affidavit number-
"           " before the subscribing notary.— — — — — — — —
(herein  "Note")  providing  for  monthly  installments  of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal  e  intereses  con  el  balance  de  la  deuda,  si  no  ha  sido

sooner paid, due and payable on   the first day of  April— — —
antes satisfecho, vencedero y pagadero el

two thousand thirty four (2034)— — — — — — — — — — — — — —

— — THIRD: To secure to Lender or to the holder by endorsement of
— — TERCERO:  Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré  (a)  el  pago  de  la  deuda  evidenciada  por  el  Pagaré,

with interest thereon, (b) the performance of the covenants and
con  sus  intereses,  (b)  el  cumplimiento  de  los  pactos  y

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de lo cuantía original del principal del Pagaré para cubrir costas, gastos y

2

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley, el Deudor

does hereby create a voluntary                    mortgage on the Property. In the
por la presente constituye                         hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. —————
Prestador a los remedios dispuestos en el párrafo 18 de la presente. —————

——FOURTH: Borrower and Lender further convenant and agree
——CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows: ———————————————————————————————
lo siguiente: ———————————————————————————————

——1. Payment of Principal and Interest. Borrower shall promptly pay
——1. Pago de Principal e Intereses. El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. ——————————————————————————————————
Pagaré. ——————————————————————————————————

——2. Funds for Taxes and Insurance. Subject to applicable law
——2. Fondos para Contribuciones y Seguros. Sujeto a las disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador

3

on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses,

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador en base a imposicio-

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos. Adicionalmente,

if this Mortgage is on a condominium, or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessments made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es una

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

4

applying the Funds, analyzing said account, or verifying and compiling
aplicación de fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permita al Prestador cobrar por dichos

charge. Borrower and Lender may agree in writing at the time of
servicios. El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds. Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos. El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made. The Funds are pledged as additional security
a los Fondos. Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage. — — — — — — — — — —
de las sumas garantizadas por esta Hipoteca. — — — — — — — — —

— — If the amount of the Funds held by Lender, together with the
— — Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
exceden de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según venzan, dicho

excess shall be, at Borrower's option, either promptly repaid to
exceso será, a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds.
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assessments, insurance premiums, maintenance fees and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según venzan, el Deudor pagará al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof. — — — — — — — — — — — — —
requiriendo su pago. — — — — — — — — — — — — — — — —

— — Upon payment in full of all sums secured by this Mort-
— — Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador,

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage. — — — — — — — — — — — — — — — —
por esta Hipoteca. — — — — — — — — — — — — — — — —

— — 3. **Application of Payments.** Unless applicable law provides
— — 3. **Aplicación de Pagos.** Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first to
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. — — — — — — — — — — — — — — — —
cipal del Pagaré. — — — — — — — — — — — — — — — —

— — 4. **Charges; Liens.** Borrower shall pay all taxes, assess-
— — 4. **Cargas; Gravámenes.** El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof. Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y, en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravamen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravamen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravamen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof. — — — — — — — — — — — — — — — — —
o de cualquier parte de la misma. — — — — — — — — — — — — —

— — 5. **Hazard Insurance.** Borrower shall keep the improvements now
— — 5. **Seguro de Riesgos.** El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante eregidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage. — — —
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca. — — —

7

— —The insurance carrier providing the insurance shall be chosen by
— — El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del Prestador; disponiéndose que tal

approval shall not be unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagados en dicha forma, mediante

Borrower making payment, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

— — All insurance policies and renewals thereof shall be in form accept-
— — Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to Lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones, y el Deudor

shall promptly furnish to Lender all renewal notices and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower. — — — — — —
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente. — — — — —

— — Unless Lender and Borrower otherwise agree in writing,
— — A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible or if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del Prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage. ———
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca. ———

——Unless Lender and Borrower otherwise agree in writing, any
—— A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente o cambiar el monto de dichos plazos.

——If under paragraph 18 hereof the Property is acquired by Lender,
—— Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition. — — — — — — — — — — — — — — — — — —
venta o adquisición. — — — — — — — — — — — — — — — — — —

——6. Preservation and Maintenance of Property; Condominiums;
—— 6. Conservación y Mantenimiento de la Propiedad; Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property. If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un

planned unit development; or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento,

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association. — — — — —
que surgen de la condición de miembro del Deudor en dicha asociación. — — — — —

— — 7. Protection of Lender's Security. If Borrower fails to perform
— — 7. Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los pactos y convenios contenidos en esta Hipoteca, o si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs. — — — — — — — — — — — — — — — — — —
para efectuar reparaciones. — — — — — — — — — — — — — — — —

— — If Lender required mortgage insurance as a condition of making
— — Si el Prestador requirió seguro hipotecario como condición para hacer

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof. — — — — — — — — — —
dispuesto en el párrafo 2 de la presente. — — — — — — — — — — — —

— — Any amounts disbursed by Lender pursuant to this
— — Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder. — — — — — — — — — — — — — — — — — —
acción alguna bajo el mismo. — — — — — — — — — — — — — — — —

— — 8. Inspection. Lender may make or cause to be made
— — 8. Inspección. El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property. ————————————————————————
la Propiedad. ————————————————————————

——— 9. **Condemnation.** The proceeds of any award or claim
——— 9. **Expropiación.** Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción o enajenación forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender. ————————————————————————————
Prestador. ———————————————————————————

——— In the event of a total taking of the Property, the
——— En caso de enajenación forzosa total de la Propiedad, los

proceeds shall be applied to the sums secured by this Mortgage,
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor. En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde al valor en el mercado

of the Property immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

balance of the proceeds paid to Borrower. ——————————
balance de dichos fondos serán pagados al Deudor. ——————————

——— If the Property is abandoned by Borrower or if, after
——— Si la Propiedad es abandonada por el Deudor, o si después

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

to Lender within thirty (30) days of the date
al Prestador dentro del término de treinta (30) días a partir de la fecha de

such notice is mailed, Lender is authorized to collect and apply
envío por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage. — — — — — —
Propiedad o al pago de las sumas aseguradas por esta Hipoteca. — — — — —

— — Unless Lender and Borrower otherwise agree in writing,
— — A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha aplicación de fondos a principal no extenderá o pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos.

— — 10. **Borrower Not Released.** Extension of the time for payment or
— — 10. **Deudor no queda Relevado.** Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta Hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas por el Prestador a cualquier sucesor en título, constituirá

a novation of this Mortgage nor operate to release, in any manner, the
una novación de esta Hipoteca ni relevará, en forma alguna,

liability of the original Borrower and Borrower's successors in interest.
al Deudor original ni a los sucesores en título del Deudor de responsabilidad.

Lender shall not be required to commence proceedings against such
No se requerirá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique

amortization of the sums secured by this Mortgage by
la amortización de las sumas garantizadas por esta Hipoteca por

reason of any demand made by the original Borrower and
razón de cualquier exigencia del Deudor original y

Borrower's successors in interest. — — — — — — — — — — — — — — —
los sucesores del Deudor. — — — — — — — — — — — — — — — — —

— — 11. **Forbearance by Lender Not a Waiver.** Any
— — 11. **Indulgencia de Morosidad por Prestador no Constituye Renuncia.** Cualquier

forbearance by Lender in exercising any
indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier

right or remedy hereunder, or otherwise afforded by applicable law,
derecho o remedio bajo la presente, o de otro modo concedida por ley aplicable,

shall not be a waiver of or preclude the exercise of any right or remedy.
no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.

13

The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right to
gravamen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

—— 12. **Remedies Cumulative.** All remedies provided in this Mortgage
—— 12. **Remedios Cumulativos.** Todos los remedios dispuestos en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively. —— —— —— —— —— ——
currentemente, independientemente o sucesivamente. —— —— —— —— ——

—— 13. **Successors and Assigns Bound; Joint and Several Liability;**
—— 13. **Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;**

**Captions.** The covenants and agreements herein contained shall bind,
**Títulos.** Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. Los títulos y epígrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof. —— —— —— —— —— ——
para interpretar las disposiciones de la presente. —— —— —— —— ——

—— 14. **Notice.** Except for any notice required under applicable
—— 14. **Notificación.** Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador sera dada por correo certificado

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o          al          Deudor          si          se          da

in the manner designated herein. —————————————————
en la manera dispuesta en la presente. ——————————————

—— 15.  Uniform Mortgage; Governing Law; Severability. This form of
—— 15.  Hipoteca Uniforme; Ley que Rige; Separabilidad. Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria.          Esta          Hipoteca          será          regida          por          la          ley          de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual esté localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré confilja con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable. —————————————
y del Pagaré son declaradas separables. ——————————————

—— 16.  Borrower's Copy. Borrower shall be furnished a conformed copy
—— 16.  Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof. ——————————————————————
otorgamiento de la presente. ——————————————————

—— 17.  Transfer of the Property; Assumption. If all or any part of the
—— 17.  Transferencia de Propiedad; Asunción. Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor

15

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravamen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el Prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

— — If Lender exercises such option to accelerate, Lender
— — Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
ríodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand on Borrower, invoke any remedies permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof. — — — — — — — — — — — — — — — — —
por el párrafo 18 de la presente. — — — — — — — — — — — — — — —

— — 18. Acceleration; Remedies. Except as provided in paragraph 17
— — 18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage, Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying: (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired to cure such breach; (3) a date, not less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower, by which such breach must be cured; and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender at Lender's option may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por

17

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports. —————————
evidencia documentaria, resúmenes y estudios de título. —————————

——19. Borrower's Right to Reinstate. Notwithstanding
——19. Derecho de Rehabilitación del Deudor. No empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todas los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravamen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar la sumas garantizadas por esta Hipoteca continuarán inalteradas

unimpaired. Upon such payment and cure by Borrower, this
adversamente. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, esta

Mortgage and the obligations secured hereby shall remain in full force
Hipoteca y las obligaciones garantizadas por la misma quedarán en completa fuerza

and effect as if no acceleration had occurred. — — — — — — — — — —
y vigor como si no hubiera ocurrido aceleración. — — — — — — — — — —

— — 20. **Assignment of Rents; Appointment of Receiver.** As
— — 20. **Cesión de Rentas; Designación de Síndico.** Como

additional security hereunder, Borrower hereby assigns to Lender
garantía adicional, el Deudor por la presente cede al Prestador

the rents of the Property, provided that Borrower shall, prior to
las rentas de la Propiedad, disponiéndose que el Deudor, antes de

acceleration under paragraph 18 hereof or abandonment of the
aceleración de vencimiento bajo el párrafo 18 de la presente o abandono de la

Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable. — — — — — — — — — — — — — —
según venzan y sean pagaderas. — — — — — — — — — — — — — — —

— — Upon acceleration under paragraph 18 hereof or abandonment of
— — Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobre las rentas de la Propiedad incluyendo las anteriormente vencidas. Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del cobro de las rentas incluyendo,

but not limited to, receiver's fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del síndico

and attorney's fees, and then to the sums secured by this Mortgage.
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

actually received. — — — — — — — — — — — — — — — — — — — —
realmente recibidas. — — — — — — — — — — — — — — — — — — —

— — 21. **Release.** Upon payment of all sums secured by this
— — 21. **Descargo.** Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el Prestador descargará y cancelará esta Hipoteca por

Borrower's expense, or, at Borrower's option, endorse the Note "for
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré "para

cancellation only" without charge to Borrower. ————————
cancelación únicamente" sin cargo al Deudor. ————————

—— FIFTH: The Property. ——————————————————
—— QUINTO: La Propiedad. ——————————————————

—— The description of the mortgaged Property is:
—— La descripción de la Propiedad es la siguiente:

——URBANA: Solar número tres del bloque B del plano de——
inscripción de la comunidad Valles del Lago del Barrio Río
Cañas de Caguas, con una cabida superficial de MIL————
TRESCIENTOS SESENTA Y CUATRO PUNTO CINCUENTA Y SIETE METROS
CUADRADOS, en lindes por el Norte, en una en veinte y——
ocho punto cincuenta y siete metros con la calle carraízo—
por el Sur, en veinte y seis punto veinte y tres metros con
el solar B guión dos; por el Este, en cincuenta punto——
cincuenta y dos metros con el solar B cuatro y por el Oeste,
en cuarenta y nueve punto cuarenta metros con la calle Dos
Bocas. Enclava una casa de dos plantas de concreto armado——
de cuatro dormitorios, un cuarto de estar, tres baños, sala,
comedor, cocina, y marquesina doble, a ser usada como——
vivienda para una sola familia.——

——————————————————————————

——————————————————————————

——————————————————————————

——————————————————————————

together with all the structures, improvements now or hereafter
junto con todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements, rights, appurtenances and
en la Propiedad y todas las servidumbres, derechos, pertenencias y

rents, and all fixtures now and hereafter attached to the Property,
rentas, y todos los muebles actualmente o en el futuro adheridos a la Propiedad,

all of which, including replacements and additions thereto shall be
todos los cuales, incluyendo los que los reemplacen o se le añadan en el futuro, serán

deemed to be and remain a part of the Property covered by this
considerados como parte de la Propiedad cubierta por esta

Mortgage. ——————————————————————
Hipoteca. ——————————————————————

—— The Property is recorded at digo Asiento "243" Diario "798"
—— La Propiedad está inscrita al
de Caguas, del Registro de la Propiedad de Caguas Sección——
Primera.——————————————————————
——Afecta a hipoteca a favor de RG Premier Bank of Puerto
Rico por la suma de TRESCIENTOS MIL SESENTA Y SIETE DOLARES
la cual será cancelada oportunamente.——————————

——————————————————————————

——————————————————————————

----SIXTH:- MINIMUM BIDDING AMOUNT:- In compliance with the pro-
----SEXTO:- TIPO MINIMO EN SUBASTA:- En cumplimiento con lo dis-

visions of Article One Hundred Seventy Nine (179) of Act Number
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley---

One Hundred Ninety Eight (198) approved on August Eight Nine--
Número Ciento Noventa y Ocho (198) aprobada el día ocho (8) de

teen Hundred Seventy Nine (1979), it is hereby agreed that the
agosto de mil novecientos setenta y nueve (1979), por la presen-

minimum bidding amount for the first public auction in case of
te se fija como tipo mínimo para la primera subasta, en caso de

foreclosure is fixed in an amount equal to the principal sum--
ejecución, una cantidad igual a la suma principal indicada en el

stated in paragraph SECOND of this deed.-----------------------
párrafo SEGUNDO de esta escritura.-----------------------------

---SEVENTH: APPEARING PARTIES ("Borrower"):---------------------
---SEPTIMO: COMPARECIENTES ("Deudor"):-------------------------

---MISTER: JOSE BARBOSA ESTRADA also known as JOSE ANTONIO

BARBOSA ESTRADA, Social Security Number "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" and

his wife ELIZABETH ALEMAR JIMENEZ also known as ELIZABETH

ALEMAN JIMENEZ, Social Security Number "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", both

of legal age, property owners and residents of Bayamón,-----

Puerto Rico.------------------------------------------------

--Whom are personally known to me, The Notary.--------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

21

——EIGHTH: Lender. The Lender is  DORAL BANK——————
—— OCTAVO: Prestador. El Prestador es

and the Lender's address is   San Juan, Puerto Rico.——————
y la dirección del Prestador es

—— NINTH: Waiver of Homestead Rights. — — — — — — —
—— NOVENO: Renuncia de Hogar Seguro. — — — — — — — —

——Borrower hereby waives, in favor of the Lender, to the
—— El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights.
limite permitido por ley, todos sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre Derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§§ 1851-1857). — — — — — — — — — — — — — — — —
§§ 1851-1857). — — — — — — — — — — — — — — — —

——TENTH: Property Address. The Property Address shall be
—— DECIMO: Dirección de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note as the Property Address.— — — — —
la dirección indicada en el Pagaré como Dirección de la Propiedad.— — — — —

— — — — — — — — — — —ACCEPTANCE— — — — — — — —
— — — — — — — — — — -ACEPTACION- — — — — — — — —

——The appearing parties accept this Deed in its entirety and I, the
—— Los comparecientes aceptan esta Escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hice a los comparecientes las advertencias legales pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a las

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a este

execution, which right they waived. The appearing parties having
otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leido esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mi, el Notario, y firman sus iniciales en

each and every page of this Deed.-----------------
todas y cada una de las páginas de esta
escritura.------------------------------------

I, the Notary, do hereby certify as to everything
Yo, el Notario, por la presente certifico de todo

stated or contained in this instrument.----------
lo declarado y contenido en este instrumento.----

--I, the Notary, DO HEREBY ATTEST.---------------
--Yo, el Notario, DOY FE.------------------------

--NOTA: **DORAL BANK**, comparece en este acto
representado por **LUIS ELIAS ZEQUEIRA CORTES**,
mediante Resolución certificada el VEINTISIETE DE
JUNIO DE DOS MIL UNO ante el Notario Miguel
García Suárez, con el propósito de aceptar la
hipoteca constituida mediante la presente, en
cumplimiento con el artículo ciento ochenta y
seis de la ley hipotecario de Puerto Rico.
REPITO LA FE.-----------------------------------

--It is further made clear that the Social
Security Number of **DORAL BANK**, is "███-██-████",
and that **LUIS ELIAS ZEQUEIRA CORTES**, is of legal
age, married, executive and resident of San Juan,
Puerto Rico, with Social Security Number, "███-
██-████", and who showed the suscribing Notary
his authority to represent the mortgage. I AGAIN
ATTEST.-----------------------------------------

--SALVEDAD: El Notario autorizante hace constar
al haber advertido al (los) compareciente (s)
que, de estar la propiedad objeto de esta
escritura sujeto a algún gravamen hipotecario con
prioridad a la hipoteca constituida mediante esta
escritura, según lo acordado con la institución
financiera y requerido por el Reglamente,
Registro número cinco mil trescientos treinta y
siete (5,337) promulgado por la oficina del
Comisionado de Instituciones Financieras, la
institución financiera deberá retener de los
fondos generado por el préstamo garantizado por
esta hipoteca un balance (s) suficiente para
saldar y cancelar dicho (s) gravamen (es); que
existe (n) un (os) cheque (s) el (los) cual (es)
dicho Reglamento número cinco mil trescientos
treinta y siete (5,337) requiere que la
institución financiera remita al (los) acreedor
(es) correspondiente (s) para la cancelación de

tal (es) gravamen (es) aunque esto no constituye una garantía absoluta de que ello así será hecho; que el dueño de la propiedad hipotecada mediante esta escritura tiene el derecho a exigir que tal (es) gravamen (es) sea (n) cancelado (s) en el mismo acto de este financiamiento y que de renunciar voluntariamente a este derecho el (los) comparecientes (s) queda (n) advertido (s) y está (n) conciente (s) de los riesgos y consecuencias de que dicho (s) gravámenes no sean cancelado (s); y que bajo las disposiciones del "Truth-in-Lending Act" en los casos en que estas disposiciones sean aplicables, la institución financiera no tiene obligación de desembolsar todo ni parte del préstamo garantizado por esta hipoteca hasta que en los casos apropiados, el deudor hipotecario renuncia al derecho de rescindir o hasta haber transcurrido el periodo durante el cual él tiene el derecho a rescindir, el préstamo. Hechas estas advertencias, el (los) comparecientes (s) ha (n) renunciado al derecho de exigir que tal (es) gravamen (es) cancelado (s) en este mismo acto.------------------------
---Yo, el Notario, REPITO LA FE.-----------------

LUIS REYES VAZQUEZ & ASSOCIATES
ESTUDIOS DE TITULOS

CONDOMINIO EL CENTRO I OFICINA 254, SAN JUAN, PUERTO RICO 00918
TEL.: (787) 753-1011 • 753-0570 / FAX: (787) 758-4445 • 274-1519 / E-mail: lvdllc@prtc.net

Este documento no es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal y el mismo está condicionado para cualquier error u omisión cometido, exclusivamente para nuestro cliente, quien es el solicitante arriba indicado. Si este documento es utilizado por algún Agente, Agencia o Compañía de Seguros para expedir pólizas que no sean asociadas por el suscribiente, lo hacen bajo su propio riesgo y responsabilidad.

## CERTIFICADO DE ESTUDIO DE TITULO

**SOLICITANTE: IGOR J. DOMINGUEZ LAW OFFICES    REGISTRO: CAGUAS I**
**ATENCION: SONIA RIVERA**
**REF: 2009-Q-325**

El que suscribe **CERTIFICA:**

**PRIMERO:** Que ha examinado todos los libros del Registro de la Propiedad y demás récords públicos relativos a la descripción, títulos y cargas de la propiedad descrita a continuación:

-----URBANA: Solar #3 del bloque B del plano de inscripción de la comunidad Valles del Lago del Barrio Río Cañas de Caguas, Puerto Rico, con una cabida superficial de 1,364.57 metros cuadrados. En lindes por el NORTE, en una distancia de 28.57 metros, con la calle Carraízo; por el SUR, en 26.23 metros, con el solar #B-2; por el ESTE, en 50.52 metros, con el solar #B-4 y por el OESTE, en 49.40 metros, con la calle Dos Bocas.

-----Enclava una casa de dos plantas de concreto armando de cuatro dormitorios, un cuarto de estar, tres baños, sala, comedor, cocina y marquesina doble, a ser usada como vivienda para una sola familia.

-----Se segrega de la finca 58424 inscrito al folio 58424 inscrito al folio 98 del tomo 1701 de Caguas.

**SEGUNDO:** Que dicha propiedad aparece **inscrita** a favor de:

**JOSE ANTONIO BARBOSA ESTRADA Y SU ESPOSA ELIZABETH ALEMAR JIMENEZ**

**TERCERO:** Que de acuerdo con dichos libros, el título de esta propiedad es de (X) DOMINIO ( ) POSESIÓN, y fue adquirido según se expresa a continuación:

-----Por segregación, liberación y compra a MODULAR CONCEPTS DEVELOPERS, S.E., por $295,430.00, según consta de la escritura #35, otorgada en San Juan, Puerto Rico, el día 29 de julio de 1997, ante el Notario Público Luis R. Piña Nazario, inscrito al folio 10 del tomo 1702 de Caguas, finca 58439, inscripción 1ra.

**CUARTO:** Que la propiedad se halla afecta a los siguientes **gravámenes:**

-----**HIPOTECA:** En garantía de un pagaré a favor de ORIENTAL BANK AND TRUST, o a su orden, por **$50,000.00**, con intereses al 9.95% anual, vence a la presentación, crédito ejecutivo 10% del principal, tasada en $50,000.00, según consta de la escritura #857, otorgada en San Juan, Puerto Rico, el día 29 de octubre de 1999, ante el Notario Público Arsenio Comas Rodón, inscrito al folio 10 del tomo 1702 de Caguas, finca 58439, inscripción 3ra.

-----**HIPOTECA:** En garantía de un pagaré a favor de DORAL BANK, o a su orden, por **$400,000.00**, con intereses al 5.95% anual, vence el 1ro de abril de 2034, crédito ejecutivo 10% del principal, tasada en una cantidad equivalente al principal original, según consta de la escritura #248, otorgada en San Juan, Puerto Rico, el día 31 de marzo de 2004, ante el Notario Público Rey Javier De León Colón, inscrito al folio 10 del tomo 1702 de Caguas, finca 58439, inscripción 5ta.

-----Anotación de Demanda siendo objeto de esta de la hipoteca que resulta de la inscripción 5ta, dictada en el Tribunal de Primera Instancia, Sala Superior de Caguas, Caso Civil #ECD 2007-1194, Sala 404, sobre cobro de dinero y ejecución de hipoteca, por la vía ordinaria seguido por DORAL BANK, demandante versus JOSE ANTONIO BARBOSA ESTRADA Y SU ESPOSA ELIZABETH ALEMAR JIMENEZ, y la Sociedad Legal de Gananciales compuesta entre ambos, demandados, en la cual se solicita el pago de la deuda por $386,564.24 del principal, más otras sumas, inscrito al folio 196 del tomo 1703 de Caguas, finca 58439, anotación A.

C O N T I N U A

----**EMBARGO:** Sobre esta finca a favor del ESTADO LIBRE ASOCIADO DE PUERTO RICO, para responder de la suma de $44,302.17 adeudados por concepto de ingreso, según Certificación de Embargo de bienes inmuebles de fecha del 9 de abril de 2008, inscrito al folio 196 del tomo 1703 de Caguas, finca #58439, Anotación B; Anotado también al Libro E.L.A; #44 del folio #100 Orden #388.

**SERVIDUMBRES:** Estado Libre Asociado de Puerto Rico, Puerto Rico Telephone Company, Autoridad de Energía Electrica de Puerto Rico, Servidumbre Pluvial a favor del Municipio de Caguas.

**CONDICIONES RESTRICTIVAS:** Edificación y Uso.

**REVISADOS:** Registros de Embargos, Sentencias, Contribuciones Federales, Embargos E.L.A; Ley #12: NADA HASTA EL TITULAR INSCRITO, Bitácora Electrónica y Agora, hoy 15 de julio del 2010.

*OBSERVACION: Esta sección del Registro tiene establecido un sistema computadorizado de operaciones. Esta oficina NO se hace responsable por errores y/u omisiones que cometa el empleado del Registro de la Propiedad en la entrada y búsqueda de datos en el mismo.*

LUIS REYES VAZQUEZ & ASSOCIATES
TR/brm/TR/lem

LUIS REYES VAZQUEZ & ASSOCIATES
ESTUDIOS DE TITULOS

CONDOMINIO EL CENTRO II OFICINA 254, SAN JUAN, PUERTO RICO 00918
TEL. (787) 753-1011 • 753-0570 / FAX: (787) 758-4445 • 274-1519 / E-mail: lvttle@prtc.net

Este documento no es una póliza de Seguro de Titulo, por lo cual no debe utilizarse como tal y el mismo esta condicionado para darle cuenta por algún error u omisión cometido, exclusivamente para nuestro cliente, quien es el solicitante arriba indicado. Si este documento es utilizado por algún Agente, Agencia o Compañía de Seguros para expedir pólizas que no sean suscritas por el suscribiente, lo hacen bajo su propio riesgo y responsabilidad.



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|-----------|--------------|------------|--------------------|----------------------|----------------|
| BARBOSA | JOSE A | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

—————————————————————

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq. as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

## *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:GPU3M86PU3

Department of Defense Manpower Data Center



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| ALEMAN | ELIZABETH | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq. as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

***Coverage Under the SCRA is Broader in Some Cases***
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:7HM9N2BS9G